IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENISE M. GARY,**

    Plaintiff,

    vs.                                  CIVIL NO. 6:10-cv-978-WDS

**MICHAEL J. ASTRUE,**
**Commissioner**
**Social Security Administration,**

    **Defendant.**

## RULE 58 JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

THUS DONE AND SIGNED on this 26th day of May, 2011.

                                                    W. DANIEL SCHNEIDER
                                                   United States Magistrate Judge

Submitted and approved by:

*Electronically submitted 5/19/11*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Telephonic approval received 5/19/11*
MICHAEL LIEBMAN
Attorney for Plaintiff